**DENY; and Opinion Filed February 3, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01358-CV

### IN RE JEFFREY BARON, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11915**

## MEMORANDUM OPINION
Before Justices Lang, Brown, and Whitehill
Opinion by Justice Brown

In this original proceeding, relator complains of the trial court's denial of relator's motion to sever claims and request for separate trials. A writ of mandamus will issue to correct a clear abuse of discretion when there is no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

161358F.P05